UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANNA PEREZ, individually, as wrongful death beneficiary, and as representative of the estate of JOSE ANTONIO PEREZ, | § § § § | |
| Plaintiff, | § | CIVIL ACTION NO. _____ |
| | § | |
| v. | § § | |
| ZTE (USA), INC. and METROPCS TEXAS, LLC, | § § § | |
| Defendants. | § § | |

## DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant MetroPCS Texas, LLC submits this corporate disclosure statement:

MetroPCS Texas, LLC is a limited liability company whose sole member is T-Mobile West LLC. T-Mobile West LLC is a limited liability company whose sole member is T-Mobile USA, Inc. T-Mobile USA, Inc., a Delaware corporation with its principal place of business in the State of Washington, is a wholly-owned subsidiary of T-Mobile US, Inc., a Delaware corporation with its principal place of business in the State of Washington. T-Mobile US, Inc. (NASDAQ: TMUS) is a publicly-traded company listed on the NASDAQ Global Select Market of NASDAQ Stock Market LLC. Deutsche Telekom Holding B.V., a limited liability company (*besloten vennootschap met beperkte aansprakelijkheidraies*) organized and existing under the laws of the Netherlands ("DT B.V."), owns more than 10% of the shares of T-Mobile US, Inc. DT B.V. is a direct wholly-owned subsidiary of T-Mobile Global Holding GmbH, a

1

Gesellschaft mit beschränkter Haftung organized and existing under the laws of the Federal Republic of Germany ("Holding").  Holding, is in turn a direct wholly-owned subsidiary of T-Mobile Global Zwischenholding GmbH, a Gesellschaft mit beschränkter Haftung organized and existing under the laws of the Federal Republic of Germany ("Global").  Global is a direct wholly-owned subsidiary of Deutsche Telekom AG, an Aktiengesellschaft organized and existing under the laws of the Federal Republic of Germany ("Deutsche Telekom").  The principal trading market for Deutsche Telekom's ordinary shares is the Frankfurt Stock Exchange.  Deutsche Telekom's ordinary shares also trade on the Berlin, Düsseldorf, Hamburg, Hannover, München and Stuttgart stock exchanges in Germany.  Deutsche Telekom's American Depositary Shares ("ADSs"), each representing one ordinary share, trade on the OTC market's highest tier, OTCQX International Premier (ticker symbol: DTEGY).

Dated:  November 5, 2018                              Respectfully submitted,

                */s/ Stephanie D. Clouston*
                Stephanie D. Clouston
                State Bar No. 24002688
                stephanie.clouston@alston.com
                **ALSTON & BIRD LLP**
                2200 Ross Ave, Suite 2300
                Dallas, TX 75201
                (214) 922-3400 – Telephone
                (214) 922-3899 – Facsimile

                **ATTORNEY FOR DEFENDANT**
                **METROPCS TEXAS, LLC**

## CERTIFICATE OF SERVICE

  On November 5, 2018, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that, on November 5, 2018, I also served the foregoing document on Plaintiffs' counsel of record via certified mail, return receipt requested.

Michael P. Lyons
Christopher J. Simmons
Stephen Higdon
325N. Saint Paul St., Suite 1500
Dallas, Texas 75201

and

Brian K. Branch
715 Marquette, NW
Albuquerque, New Mexico 87102

**ATTORNEYS FOR PLAINTIFF**

                */s/ Stephanie D. Clouston*
                Stephanie D. Clouston